UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-375-H

WILLIAM EDGAR BOWEN                                                    PETITIONER

V.

STEVE HANLEY, WARDEN                                                   RESPONDENT

**MEMORANDUM OPINION AND ORDER**

Petitioner has objected to the Magistrate Judge's Findings of Fact, Conclusions of Law
and Recommendations regarding his petition for writ of habeas corpus under 28 U.S.C. § 2254.
The Magistrate Judge recommends that the petition be dismissed.  The Court has review all of
Petitioner's objections to the report.

The Magistrate Judge has written a thorough opinion summarizing all the evidence and
considering every disputed factual and legal issue.  The Court agrees completely with the overall
scope and specific conclusions of that opinion.

The two most controversial issues appear to concern the admission of the taped statement
by Petitioner and the trial court's refusal to grant a continuance due to the death of Petitioner's
proposed expert.  The taped statement certainly does contain relevant material.  It is certainly
relevant that Petitioner masturbated in the same room where the victim slept and possibly did so
on the person of the victim.  Finally, the Court finds no violation of the Constitution or a
fundamental fairness by the manner in which the trial court handled the motion in limine to
exclude Petitioner's expert.  That proposed expert testimony would appear to have been an

improper comment on Petitioner's guilt or innocence.  This Court believes that the manner was properly analyzed by the Kentucky Supreme Court and the United States Magistrate Judge.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendations are AFFIRMED and the petition is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Petitioner's request for certificate of appealability is DENIED.

This is a final and appealable order.

cc:      Counsel of Record